**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff <br><br> v. <br><br> ORACLE AMERICA, INC. <br><br> Defendant. | Case No. 6:16-cv-088-RWS-JDL <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Matthew J. Hawkinson of Wilmer Cutler Pickering Hale and Dorr LLP enters his appearance on behalf of Defendant Oracle America, Inc. in this matter as additional counsel.

Matthew J. Hawkinson may receive all communications from the Court and from other parties at Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071; Telephone: (213) 443-5300; Facsimile: (213) 443-5400; e-mail:

matthew.hawkinson@wilmerhale.com

Dated:  April 5, 2016     Respectfully submitted,

   /s/ Matthew J. Hawkinson
Matthew J. Hawkinson
CA Bar No. 248216
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400
Email:  matthew.hawkinson@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of April, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

   /s/  Matthew J. Hawkinson
Matthew J. Hawkinson