**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC.,<br><br>Defendant. | Case No. 6:16-cv-88- RWS-JDL<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ORACLE AMERICA, INC.'S**
**NOTICE OF COMPLIANCE REGARDING P.R. 4-2**

Defendant Oracle America, Inc. hereby notifies the Court that on June 16, 2016 it served its Proposed Terms and Claim Elements for Construction on Plaintiff's counsel of record via electronic mail pursuant to the parties' proposed consolidated Docket Control Order [Case No. 6:16-cv-463 at Dkt. 306-1], and P.R. 4-2.

DATED: June 17, 2016          Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
(Texas State Bar No. 24001351)
GILLIAM SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gilliamsmithlaw.com

Gregory H. Lantier
(*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
gregory.lantier@wilmerhale.com

Matthew J. Hawkinson
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
(213) 443-5300
matthew.hawkinson@wilmerhale.com

Monica Grewal
(*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Monica.grewal@wilmerhale.com

***Counsel for Defendant Oracle America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 17, 2016.

                                                        */s/ Melissa R. Smith*
                                                        Melissa R. Smith