**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br>ORACLE AMERICA, INC.,<br><br>Defendant. | Case No. 6:16-cv-088-RWS-JDL<br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br>ORACLE AMERICA, INC., HEWLETT-PACKARD COMPANY, and HP ENTERPRISE SERVICES, LLC,<br><br>Defendants. | Case No. 6:15-cv-467-RWS-JDL<br>MEMBER CASE<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Allen F. Gardner of Gillam & Smith, L.L.P. as Counsel for Defendant Oracle America, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Allen F. Gardner of Gillam & Smith, L.L.P. be allowed to withdraw and is hereby withdrawn as attorney of record for Defendant Oracle America, Inc. in the above-referenced matter. It is further ORDERED that the Clerk of the Court terminate any further ECF notices to Allen F. Gardner in this action.

**So ORDERED and SIGNED this 21st day of July, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE