**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE AMERICA, INC., <br><br> Defendant. | Case No. 6:16-cv-88 <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL**

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that on today's date, Plaintiff submitted via hand delivery its Technology Tutorial to the Court. A copy of the tutorial was also sent electronically to opposing counsel.

Dated:  July 21, 2016           Respectfully submitted,

By: /s/ Reza Mirzaie by permission Claire A. Henry
Marc A. Fenster (CA SBN 181067)
Lead Attorney
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Jeffrey Z.Y. Liao (CA SBN 288994)
Email: jliao@raklaw.com
Email: C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Adam S. Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
John K. Woo (CA SBN 281132)
Email: jwoo@raklaw.com
RUSS AUGUST & KABAT

12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

T. John Ward, Jr.
(TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry
(TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair
(TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
Longview, Texas 75606
Tele: 903/757-6400
Facsimile 903/757-2323

**Attorneys for Plaintiff**
**REALTIME DATA LLC d/b/a IXO**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 21st day of July, 2016.

/s/ Claire Abernathy Henry
Claire Abernathy Henry