**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | |
| Plaintiff, | Case No. 6:16-cv-88- RWS-JDL |
| v. | |
| ORACLE AMERICA, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**DEFENDANT ORACLE AMERICA, INC.'S**
**NOTICE OF COMPLIANCE REGARDING PRELIMINARY ELECTION OF**
**ASSERTED PRIOR ART**

Defendant Oracle America, Inc. hereby notifies the Court that on August 5, 2016 it served its Preliminary Election of Asserted Prior Art on Plaintiff's counsel of record via electronic mail pursuant to the Court's Docket Control Order [Dkt. 42].

DATED:  August 8, 2016                    Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
(Texas State Bar No. 24001351)
GILLIAM SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.:  (903) 934-8450
Fax:  (903) 934-9257
Email: melissa@gilliamsmithlaw.com

Gregory H. Lantier
(*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
gregory.lantier@wilmerhale.com

Matthew J. Hawkinson
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
(213) 443-5300
matthew.hawkinson@wilmerhale.com

Monica Grewal
(*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Monica.grewal@wilmerhale.com

***Counsel for Defendant Oracle America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 8, 2016.

　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　Melissa R. Smith