**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br><br>ORACLE AMERICA, INC.,<br><br>Defendant. | **Lead Case No. 6:16-cv-00088-RWS-JDL** |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br><br>ORACLE AMERICA, INC., HEWLETT PACKARD ENTERPRISE COMPANY, AND HP ENTERPRISE SERVICES, LLC,<br><br>Defendants. | **Case No. 6:15-CV-467-RWS-JDL** |

**JOINT NOTICE OF ESTIMATED TIME REQUESTED FOR *MARKMAN* HEARING**

In accordance with the Court's Docket Control Order, Plaintiff Realtime Data LLC ("Plaintiff") and Defendants Oracle America, Inc., Hewlett Packard Enterprise Company, and HP Enterprise Services, LLC (collectively, "Defendants") hereby submit their joint notice of estimated time requested for the *Markman* Hearing currently scheduled for September 7, 2016.

Realtime's position is that the Hearing is not necessary and that the briefed issues should be submitted on the briefing papers. The parties are conferring on whether Defendants will agree to request that the Court forego the Hearing and submit on the briefing papers. Defendants expect to reach a position on the necessity of a hearing after Defendants review Realtime's Reply Brief to be filed on the same day as this notice (August 19, 2016), and will promptly notify the Court on

their position. To the extent the Hearing proceeds, the parties estimate that the Hearing will require no more than one hour.

Dated: August 19, 2016          Respectfully submitted,

/s/ C. Jay Chung
Marc A. Fenster (CA SBN 181067)
LEAD ATTORNEY
Reza Mirzaie (CA SBN 246953)
Brian D. Ledahl (CA SBN 186579)
Adam S. Hoffman (CA SBN 218740)
C. Jay Chung (CA SBN 252794)
Jeffrey Z.Y. Liao (CA SBN 288994)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
rmirzaie@raklaw.com
bledahl@raklaw.com
ahoffman@raklaw.com
jchung@raklaw.com
jliao@raklaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Realtime Data LLC d/b/a IXO*


/s/ by permission
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934-8450
Fax: 903/934-9257
melissa@gillamsmithlaw.com

Monica Grewal (MA SBN 659449)
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
monica.grewal@wilmerhale.com

Gregory H. Lantier (D.C. Bar No. 492093)
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
202-663-6000
Fax: 202-663-6363
gregory.lantier@wilmerhale.com

*Attorneys for Defendant*
*Oracle America, Inc.*


/s/ by permission
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934-8450
Fax: 903/934-9257
melissa@gillamsmithlaw.com

Edward G Poplawski (CA SBN 113590)

Olivia M Kim (CA SBN 228382)
WILSON SONSINI GOODRICH & ROSATI, PC - LOS ANGELES
633 West Fifth Street
Suite 1550
Los Angeles, CA 90071
323-210-2901
Fax: 866-974-7329
epoplawski@wsgr.com
okim@wsgr.com

*Attorneys for Defendants*
*Hewlett Packard Enterprise Co. and*
*HP Enterprise Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 19, 2016.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ C. Jay Chung
C. Jay Chung