IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE AMERICA, INC., <br><br> Defendant. | LEAD Case No. 6:16-cv-88 |
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE AMERICA, INC., <br><br> Defendant. | Case No. 6:15-cv-467 <br><br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Paul A. Kroeger, enters his appearance in the above-referenced proceedings for the Plaintiff Realtime Data LLC d/b/a IXO ("Realtime").  Plaintiff respectfully requests that the Court take note of this Notice of Appearance and make Paul A. Kroeger one of the attorneys of record for Plaintiff in this lawsuit.  Copies of all communications and other documents should be e-mailed or faxed to Paul A. Kroeger at the address set forth below.

Dated:  August 23, 2016       Respectfully submitted,

By: /s/ *Paul A. Kroeger*
Marc A. Fenster (CA SBN 181067) Lead Attorney
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com

1

Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Jeffrey Z.Y. Liao (CA SBN 288994)
Email: jliao@raklaw.com
Email: C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Adam S. Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
John K. Woo (CA SBN 281132)
Email: jwoo@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991


T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Road, Suite 220
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

*Attorneys for Plaintiff*
*REALTIME DATA LLC d/b/a IXO*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 23, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Paul A. Kroeger*