# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE AMERICA, INC., <br><br> Defendant. | Case No. 6:16-cv-88- RWS-JDL <br><br><br> JURY TRIAL DEMANDED |

## ORACLE AMERICA, INC.'S NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG

Defendant Oracle America, Inc. hereby notifies the Court that on September 16, 2016 it served its Privilege Log on Plaintiff's counsel of record via electronic mail pursuant to the Court's Docket Control Order [*Dkt. 46*].

Dated: September 19, 2016                  */s/ Melissa R. Smith*

Melissa R. Smith
(Texas Bar No. 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

Gregory H. Lantier
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
gregory.lantier@wilmerhale.com

Monica Grewal
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
monica.grewal@wilmerhale.com

Matthew J. Hawkinson
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
(213) 443-5300
matthew.hawkinson@wilmerhale.com

*Attorneys for Defendant*
*Oracle America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 19, 2016.

/s/ Melissa R. Smith
Melissa R. Smith