IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:15-CV-463** |
| **V.** | § § | **RWS-JDL** |
| | § § | **LEAD CASE** |
| **ACTIAN CORPORATION ET AL.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 6:16-CV-88** |
| | § § | **RWS-JDL** |
| **V.** | § § | **LEAD CASE** |
| | § § | **JURY TRIAL DEMANDED** |
| **ORACLE AMERICA, INC., HEWLETT PACKARD ENTERPRISE COMPANY, and HP ENTERPRISE SERVICES, LLC,** | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court are Plaintiff Realtime Data LLC and Defendants EchoStar Corp. and Hughes Network Systems, LLC; Hewlett Packard Enterprise Co. and HP Enterprise Services, LLC; and Riverbed Technology, Inc.'s (collectively, "Moving Defendants"[1]) Joint Motions for Leave to Cancel Early Damages Expert Matters in case numbers 6:15-cv-463 (Doc. No. 391) and 6:16-cv-88 (Doc. No. 62). The deadline for the Moving Parties to file a stipulation pursuant to

---

[1] Dell Inc. and Oracle America, Inc. do not join this motion. Realtime does not seek relief in this motion as to its obligations with respect to these parties.

the Court's Order of September 20, 2016 (*see* Doc. No. 391) has passed.  The parties have also proceeded to serve their Early Damages Expert Reports pursuant to the Court's Docket Control Order.

It is therefore **ORDERED** that the Moving Parties' Joint Motions for Leave to Cancel Early Damages Expert Matters in case numbers 6:15-cv-463 (Doc. No. 391) and 6:16-cv-88 (Doc. No. 62) are **DENIED**.

**So ORDERED and SIGNED this 6th day of October, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE