**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:16-CV-88 RWS-JDL** |
| v. | § § | **LEAD CASE** |
| **ORACLE AMERICA, INC.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 6:15-CV-467 RWS-JDL** |
| v. | § § § | **MEMBER CASE** |
| **ORACLE AMERICA, INC., HEWLETT PACKARD ENTERPRISE COMPANY, and HP ENTERPRISE SERVICES, LLC,** | § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 6:16-CV-86 RWS-JDL** |
| v. | § § § | |
| **HEWLETT PACKARD ENTERPRISE COMPANY, and HP ENTERPRISE SERVICES, LLC, and SILVER PEAK SYSTEMS, INC.,** | § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Realtime Data LLC and Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC's (collectively, "Moving Parties") Joint Motions to Sever and Consolidate. (Case No, 6:16-cv-0088, Doc. No. 89; Case No. 6:16-cv-0086, Doc. No. 72.) After consideration of the Moving Parties' Motions, the Court is of the opinion that they should be **GRANTED**.

It is therefore **ORDERED** that Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC are severed from the lead case no. 6:16-cv-0088 and member case no. 6:15-cv-0467, and this action against Hewlett Packard Enterprise Company and HP Enterprise Services, LLC is consolidated with the recently-filed action against those Defendants, case no. 6:16-cv-0086. It is further **ORDERED** that Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC's earlier Opposed Motions to Sever and Consolidate (Case No, 6:16-cv-0088, Doc. No. 72; Case No. 6:16-cv-0086, Doc. No. 60) are **DENIED AS MOOT**.

**So ORDERED and SIGNED this 17th day of November, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE