**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>                    Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC.,<br><br>                    Defendant. | Civil Action No. 6:16-cv-088-RWS-JDL |

**NOTICE OF CORRECTED EXHIBIT**

Defendant Oracle America, Inc. respectfully submits the attached corrected Exhibit 6 to replace Exhibit 6 filed with its Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,597,812 [Doc. No. 104].

Dated: February 17, 2017

Respectfully submitted,

*/s/Melissa R. Smith*

Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934-8450
Fax: 903/934-9257
melissa@gillamsmithlaw.com

Gregory H. Lantier
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
gregory.lantier@wilmerhale.com

Monica Grewal (MA SBN 659449)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR - BOSTON
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
monica.grewal@wilmerhale.com

Matthew J. Hawkinson
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
(213) 443-5300
matthew.hawkinson@wilmerhale.com

**ATTORNEYS FOR DEFENDANT ORACLE AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 17th day of February, 2017. Any other counsel of record will be served by first class mail.

*/s/ Melissa R. Smith*
Melissa R. Smith