# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC.,<br><br>Defendant. | Case No. 6:16-cv-088-RWS-JDL<br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED<br><br>FILED UNDER SEAL |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement. After consideration, the Court finds that the Motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that all deadlines in the above-entitled cause are stayed until April 28, 2017 so that appropriate dismissal papers may be submitted.

So ORDERED and SIGNED this 30th day of March, 2017.

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE