IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA, LLC,** § § § | |
| *Plaintiff,* § § § § § § § § § § § § | **CIVIL ACTION NO. 6:16-CV-00088 RWS-JDL**  **LEAD CASE**  **JURY TRIAL DEMANDED** |
| **v.** | |
| **ORACLE AMERICA, INC.,** | |
| *Defendant.* | |

## ORDER

Pursuant to the parties' Notice Regarding Sealed Orders (Doc. No. 134), the Clerk's office is directed to unseal the Court's Order Regarding Oracle's Motion to Exclude the Testimony and Opinions of Plaintiff's Damages Expert Robert Mills. (Doc. No. 129.)

**So ORDERED and SIGNED this 30th day of March, 2017.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE