## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 6:16-CV-00088** |
| | § | **RWS-JDL** |
| | § | |
| | § | **LEAD CASE** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **ORACLE AMERICA, INC.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 6:15-CV-00467** |
| | § | **RWS-JDL** |
| | § | |
| | § | **LEAD CASE** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **ORACLE AMERICA, INC.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and recognizing the parties' Joint Stipulations of Dismissal with Prejudice filed by Plaintiff Realtime Data, LLC and Defendant Oracle America, Inc. (Case No. 6:16-cv-88, Doc. No. 140; Case No. 6:15-cv-467, Doc. No. 33) pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

1

ORDERED that the claims asserted herein by Plaintiff Realtime Data, LLC against Defendant Oracle America, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the claims asserted herein by Defendant Oracle America, Inc. against Plaintiff Realtime Data, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 15th day of May, 2017.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE