**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:16-CV-00088 RWS-JDL** |
| **v.** | § § § § | **LEAD CASE** |
| **ORACLE AMERICA, INC.,** | § § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:15-CV-00467 RWS-JDL** |
| **v.** | § § § § | **LEAD CASE** |
| **ORACLE AMERICA, INC.,** | § § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order dismissing the complaint with prejudice, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**SIGNED this 15th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE